| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Mark R. Kolombatovich<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5330<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Diane M. Paraskevas<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3707<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  16–15599–MBK | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark R. Kolombatovich                          Diane M. Paraskevas
aka Mark Richards                              aka Diane Kolombatovich


5/26/21                                        **By the court:** Michael B. Kaplan
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Mark R. Kolombatovich  
Diane M. Paraskevas  
    Debtors

Case No. 16-15599-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: May 26, 2021      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark R. Kolombatovich, Diane M. Paraskevas, 220 Stony Brook Road, Hopewell, NJ 08525-3003 |
| aty | + | Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| cr | + | BANK OF AMERICA, N.A., AS SERVICER FOR DEUTSCHE BA, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517456813 | | DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 516078757 | + | Dept Of Ed/Navient, Attn: Claims Dept, Po Box 9400, Wilkes Barr, PA 18773-9400 |
| 516285852 | + | Emerg Phys Svcs of Nj Pa, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 516224332 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 516078758 | + | Nissan Motor Acceptance Corp/Infinity Lt, Nmac/Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 516078761 | + | PNC Bank, N.A., c/o Leslie Phiefer, Esq, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 516078759 | + | Phelan Hallinan Diamond & Jones, for Deutsche Bank File #165963, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516091026 | + | VW CREDIT LEASING, LTD., c/o VW Credit, Inc., PO BOX 9013, ADDISON, TEXAS 75001-9013 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2021 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2021 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516078756 | | EDI: BANKAMER.COM | May 27 2021 00:33:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516307399 | + | EDI: BASSASSOC.COM | May 27 2021 00:33:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516333969 | | EDI: BANKAMER.COM | May 27 2021 00:33:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, c/o BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 516298262 | | EDI: NAVIENTFKASMSERV.COM | May 27 2021 00:33:00 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 516307156 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:26:00 | PNC Bank N.A., P.O. Box 94982, Cleveland, Oh 44101 |
| 516078760 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:26:00 | Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 516130017 | | EDI: Q3G.COM | May 27 2021 00:33:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 3180W | Total Noticed: 26 |

| 516120390 | | EDI: SALLIEMAEBANK.COM | May 27 2021 00:33:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
|---|---|---|---|---|
| 516078762 | + | EDI: SALLIEMAEBANK.COM | May 27 2021 00:33:00 | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 517337806 | + | EDI: RMSC.COM | May 27 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516078763 | + | Email/Text: vci.bkcy@vwcredit.com | May 26 2021 21:28:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516521649 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Attorney Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Andrew M. Lubin | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE HARBORVIEW 2004-9 TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2004-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael Frederick Dingerdissen | on behalf of Creditor BANK OF AMERICA N.A., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE HARBORVIEW 2004-9 TRUST nj.bkecf@fedphe.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: May 26, 2021 | Form ID: 3180W | Total Noticed: 26 |

Nicholas V. Rogers
                            on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR HOLDERS OF THE
                            HARBORVIEW 2004-9 TRUST nj.bkecf@fedphe.com

TOTAL: 8